IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | § | |
|---|---|---|
| JOE LAWRENCE DAVIS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | NO. 4:09-CV-482-A |
| | § | |
| RICK THALER, DIRECTOR, TEXAS | § | |
| DEPARTMENT OF CRIMINAL JUSTICE, | § | |
| CORRECTIONAL INSTITUTIONS | § | |
| DIVISION, | § | |
| | § | |
| Respondent. | § | |

ORDER

In August 2009 petitioner, Joe Lawrence Davis, filed his petition for writ of habeas corpus by a person in state custody. The petition was referred to United States Magistrate Judge Charles Bleil for findings, conclusions, and recommendation. On November 13, 2009, Judge Bleil issued his findings, conclusions, and recommendation. Judge Bleil gave the parties until December 4, 2009, to serve and file written objections to his findings, conclusions, and recommendation. On December 3, 2009, petitioner filed his objections.

After having considered all the papers in this action and applicable legal authority, the court has concluded that the findings and conclusions of Magistrate Judge Bleil are well-founded, and they are here adopted by the court. Judge Bleil

recommended that the petition be dismissed with prejudice as time-barred.  The court accepts that recommendation.  Therefore,

The court ORDERS that petitioner's petition for writ of habeas corpus by a person in state custody be, and is hereby, dismissed with prejudice as time-barred.

SIGNED February 23, 2010

_____
JOHN McBRYDE
United States District Judge

2